## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DONELL THOMAS HAYNIE,**

CASE NO: **2:23−CV−01077−KJM−CKD**

v.

**CASSANDRA K. SYSOUVANH,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/28/23**

**Keith Holland**
Clerk of Court

ENTERED: **August 28, 2023**

by: /s/ A. Benson
Deputy Clerk